UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   14-37911-LMI

**Mark Douglas Mundee**
16830 NW 40 Avenue
Miami Gardens, FL 33055

    Debtor

_____/

TRUSTEE'S CERTIFICATE OF SERVICE
OF TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS

Nancy K Neidich, Esquire, Chapter 13 Trustee, served the following as stated below

1) The <u>Trustee's Notice of Required Documents, Debtor's Checklist for 341 Meeting of Creditors,</u> and <u>National Data Center brochure</u> was served upon the debtor(s) represented by counsel at the address above, and

2) the <u>Trustee's Notice of Required Documents, Debtor's Checklist for 341 Meeting of Creditors, Chapter 13 First Submission Cover Sheet, Supplemental Chapter 13 Submission Cover Sheet</u>, and <u>Chapter 13 Confirmation Preparation Sheet</u> was served through US Mail on the debtor's attorney and if the debtor(s) are pro se, the pro se debtor(s) with a copy of <u>National Data Center brochure</u> at the addresses above.

Submitted by
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

January 9, 2014
**Carolina A Lombardi**
3000 Biscayne Blvd # 500
Miami, FL 33137
(305) 438-2427

9