## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Mark Douglas Mundee                    Case No:   14-37911
                                               Chapter 13
     Debtor            /

## DEBTOR'S MOTION TO EXTEND MMM DEADLINE BY THIRTY DAYS

  Debtor Mark Douglas Mundee, pursuant to Section VI of Administrative Order 14-03, *Mortgage Modification Mediation Program Procedures,* moves the Court to extend by 30 days, the 150 day deadline to complete mediation, and in states in support:

  1. The deadline to complete the Mortgage Modification Mediation Program is August 21, 2015.

  2. This Court referred Debtor to the Mortgage Modification Mediation Program (MMM) on March 20, 2015. (DE39)

  3. Debtor first uploaded his mortgage modification application on April 28, 2015.

  4. Debtor's modification application was not complete until July 1, 2015 for several reasons:

    a. Debtor is a construction worker for an company that sends him all over the state and Debtor is only home weekends which delayed his response to additional document requests from creditor Nationstar.

    b. Because Debtor's employment in 2014 was spotty and because he worked for several different construction companies, Debtor was delayed in assembling the information to prepare his 2014 income tax return. [Debtor's counsel had to assist Debtor with obtaining his W-2 from one uncooperative employer.] Creditor Nationstar requires a 2014 return as part of the modification package.

    c. Neither Debtor's employer nor his wife's employer provide pay advices that showed earnings to date which was required by Nationstar. Ultimately, the Debtor had to have a Profit and Loss statement prepared by an accountant although he and his wife are salaried employees.

5.  On July 27, 2015, Creditor Nationstar advised through the DMM Portal that Debtor's modification application was denied.

6.  The written decision was uploaded to the DMM Portal on August 7, 2015.

7.  Thereafter, Debtor requested and received pertinent details about the denial from Nationstar on August 17, 2015.

8.  Debtor never participated in mediation and wants to discuss the denial and other loss mitigation options with Nationstar in a mediation.

9.  Nationstar does not agree to a 30 day extension to complete MMM.

10. The mediator is willing to conduct a mediation beyond the deadline.

11. Debtor Mark Mundee is current in his Plan payments.

12. Debtor Mark Mundee moves the Court to grant a 30 day extension, to September 20, 2015, in which to complete MMM.

Dated August 20, 2015　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　LEGAL SERVICES OF GREATER
　　　　　　　　　　　　　　　　　　　MIAMI, INC.

　　　　　　　　　　　　　　　　　　　By _____/s/_____
　　　　　　　　　　　　　　　　　　　Carolina A. Lombardi
　　　　　　　　　　　　　　　　　　　Florida Bar No. 241970
　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　3000 Biscayne Boulevard
　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　Miami, FL 33137
　　　　　　　　　　　　　　　　　　　Telephone: (305) 438-2427
　　　　　　　　　　　　　　　　　　　Email: CLombardi@legalservicesmiami.org
　　　　　　　　　　　　　　　　　　　Alt: SFreire@legalservicesmiami.org

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 20, 2015, a copy of this Motion for Extension of Time was transmitted electronically to:

Nancy N. Herkert, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Samantha Carr on behalf of creditor Nationstar Mortgage LLC
sacarr@logs.com, electronic bankruptcynotices@logs.com

Barbara Locke, Mediator
via DMM portal

**and on August 21, 2015 mailed to:**

Nationstar Mortgage LLC
Bankruptcy Department
PO Box 619096
Dallas, Texas 75261-9741

                                               /s/
                                      Carolina A. Lombardi