**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Mark Douglas Mundee

Case No. 14-37911-LMI
Chapter 13

_____ Debtor/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Debtor's Amended Objection to Claim (D.E. 72) and the Re-Notice of Hearing on the Amended Objection to Claim (D.E. 74) were served as follows:

Samantha Carr on behalf of Creditor Nationstar Mortgage LLC
sacarr@logs.com, electronicbankruptcynotices@logs.com

Barbara E Locke on behalf of Mediator Barbara Locke
elockelaw@bellsouth.net

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

*and via U.S. Postal mailing on October 21, 2015:*

Nationstar Mortgage, LLC
Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

Cavalry SPV I, LLC as assignee of HSBC Bank Nevada
Calvary SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
Attorneys for Debtor
3000 Biscayne Blvd., Suite 500
Miami, Florida 33137
Telephone: (305) 438-2427
Facsimile: (305) 573-5800
Primary Email: Clombardi@legalservicesmiami.org
Secondary Email: Sfreire@legalservicesmiami.org

__/s/   Carolina A. Lombardi__
Carolina A. Lombardi Esq.
Florida Bar No.: 241970