**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Mark Douglas Mundee — Case No: 14-37911
Chapter 13

Debtor /

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, Debtor Mark Mundee moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

1. Debtor is a construction worker who uses his truck for work and transportation. The engine in the truck failed and Debtor had to purchase a new engine. The truck is now repaired and Debtor is able to resume Plan payments.

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.

By /s/

Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Mark Douglas Mundee
3000 Biscayne Boulevard
Suite 500
Miami, FL 33137
Telephone: (305) 438-2427
Facsimile: (305) 573-5800
Email: Clombardi@lsgmi.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 25, 2016, a true and correct copy of the foregoing was provided by electronic service to:

Nancy N. Herkert, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

any by U.S. Mail to:

Nationstar Mortgage LLC
Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

Samantha Carr, Esquire
Shapiro, Fishman & Gaché, LLP
2424 North Federal Highway, Suite 360
Boca Raton, Florida 33431

/s/
Carolina A. Lombardi